# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **RODNEY CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | **3:19-cv-02892** |
| v. | ) | |
| | ) | **District Judge Jack Zouhary** |
| **REPUBLIC BANK & TRUST COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT MOTION TO STAY CASE

**COME NOW** Plaintiff, Rodney Clark ("Clark"), and Defendant, Republic Bank & Trust Company ("Republic"), (collectively, the "Parties") and herby respectfully request that the Court enter an order staying the case. As grounds for this request, the Parties state as follows:

1. On or about December 13, 2019, Clark commenced this action against Republic by filing a Complaint (Doc. 1).

2. The Parties have now agreed to arbitrate the claims asserted by Clark with the American Arbitration Association ("AAA") pursuant to the AAA's Consumer Arbitration Rules as modified by an agreement reached by counsel for the Parties.

3. The FAA requires that, when a court is satisfied that the issue in a dispute before it is referable to arbitration, that court shall, on application of a party, stay the action pending the outcome of the arbitration proceeding. 9 U.S.C. § 3.

**WHEREFORE, PREMISES CONSIDERED**, the Parties respectfully request that this Court enter an Order Staying the Case, while the Parties arbitrate the issues in dispute.

42936238 v1

Respectfully submitted this the 10th day of February, 2020.

| | |
|---|---|
| */s/ David A. Chami (by permission DCD)* | */s/ Devin C. Dolive* |
| David A. Chami | Devin C. Dolive |
| Price Law Group, APC | Ohio Registration No. 0075585 |
| 8245 N. 85th Way | BURR & FORMAN LLP |
| Scottsdale, AZ 85258 | 420 North 20th Street, Suite 3400 |
| david@pricelawgroup.com | Birmingham, Alabama  35203 |
| | Telephone: (205) 251-3000 |
| Attorney for Plaintiff | Facsimile: (205) 458-5100 |
| *Rodney Clark* | ddolive@burr.com |
| | |
| | Attorney for Defendant |
| | *Republic Bank & Trust Company* |

42936238 v1