IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rodney Clark,  Case No. 3:19 CV 2892

              Plaintiff,  DISMISSAL ORDER

-vs-

                                               JUDGE JACK ZOUHARY

Republic Bank & Trust Company,

              Defendant.

The parties move to stay this case pending arbitration (Doc. 10). The case is stayed and dismissed without prejudice, subject to reopening should the case not resolve. By May 1, 2020, counsel shall either request the case be reopened with a joint status report, or dismiss the case with prejudice indicating the arbitration has resolved all issues.

IT IS SO ORDERED.

                                                       s/ *Jack Zouhary*
                                                       JACK ZOUHARY
                                                       U. S. DISTRICT JUDGE

                                                       February 11, 2020